UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGUES HOLDINGS, LLC,<br>Plaintiff,<br>v.<br>CRASH CHAMPIONS LLC,<br>Defendant. | Case No. 2:25-cv-07133-CV (MARx)<br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br>**[DOC. # 41]** |

On September 30, 2026, the Parties filed a Joint Stipulation for Dismissal with Prejudice ("Stipulation"). Doc. # 41. Through their Stipulation, the Parties seek to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the entire action is DISMISSED WITH PREJUDICE, each party to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated: 10/13/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE